# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Amber Machowski, an Individual, | Case No.: 8:20-cv-01729-JLS-ADS |
| Plaintiff, | |
| v. | **AMENDED FINAL JUDGMENT** |
| Brian R. Silver, Trustee of the Vic Silver Trust, also known as the Victor Silverstein Trust; and Does 1-10, | |
| Defendants. | |

The Court, having granted Plaintiff's Motion for Summary Judgment (Doc. 23) and Motion for Attorneys' Fees (Doc. 34):

1. IT IS ORDERED that judgment is entered for Plaintiff and against Defendant Brian R. Silver, Trustee of the Vic Silver Trust, also known as the Victor Silverstein Trust ("Defendant");

2. IT IS ORDERED and the Court finds that Plaintiff is entitled to relief under the Americans with Disabilities Act of 1990, 42 U.S.C. § 12181, *et seq* ("ADA"); and

3. IT IS ORDERED and the Court finds that Plaintiff is awarded attorneys' fees and costs in the amount of $32,099.10 pursuant to 42 U.S.C. §12205.

**I.   PERMANENT INJUNCTIVE RELIEF**

4. The duties, responsibilities, burdens, and obligations undertaken in connection with this judgment shall apply to Defendant, his affiliates, subsidiaries, successors and assigns, and his officers and employees.

5. Defendant shall, within ninety (90) days after the date on which this judgment is entered by the Court, comply with the following conduct requirements:

6. Defendant shall provide an accessible route of travel from the sidewalk and parking area/access aisle to an accessible entrance, free from changes in level exceeding one-half inch (1/2") at the "El Cortijo Grill Peruvian Express,"

(the "business") located at 413 W 17th Street, Santa Ana, California 92706 (the "Property") in compliance with the 2010 Americans with Disabilities Act Accessibility Guidelines ("ADAAG").

7. Defendant shall provide compliant signage indicating an accessible entrance in compliance with the 2010 ADAAG.

8. Defendant shall provide an accessible parking space and access aisle with clearly painted lines marking the boundaries of the space and access aisle, and free from slopes in excess of two percent (2%) in the designated disabled parking area and access aisle in compliance with the 2010 ADAAG.

9. Defendant shall provide a compliant business interior by making the lowered bar seating available for customer use, lowering the restroom mirror to forty inches (40") above the floor, and relocating the toilet paper dispenser within nine inches (9") in front of the water closet at the business at the Property in compliance with the 2010 ADAAG.

## II.   ATTORNEYS' FEES AND COSTS

10. Judgment is entered for Plaintiff, and against Defendant Brian R. Silver, Trustee of the Vic Silver Trust, also known as the Victor Silverstein Trust, for attorneys' fees and costs in the amount of $32,099.10 pursuant to 42 U.S.C. § 12205.

11. Defendant shall pay $32,099.10 in attorneys' fees and costs to Plaintiff within thirty (30) days after the date on which this judgment is entered by the Court, and shall pay such other expenses incurred by Plaintiff in the enforcement of her judgment.

Dated:  April 29, 2022

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE